In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 MAR 15 P 1:28

| | | |
|---|---|---|
| JOHN C. KAUFMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| BANK OF AMERICA, N.A., TRAUNER, COHEN & THOMAS, LLP, | : | |
| Defendants. | : | NO. CV206-287 |

### ORDER

Plaintiff, John C. Kaufman, filed the above-captioned case against Defendants, Bank of America, N.A., and Trauner, Cohen & Thomas, LLP ("Trauner"), in Glynn County Superior Court, asserting a defamation claim. On December 1, 2006, Bank of America removed the action to federal court, with Trauner's consent. To date, Plaintiff has failed to perfect service of process against Trauner.

Pursuant to Rule 4(m), the Court notifies Plaintiff that if he fails to serve Trauner within 120 days of removal, the Court will dismiss the action without prejudice as to Trauner,

AO 72A
(Rev. 8/82)

unless Kaufman demonstrates good cause for his neglect. Hickman v. Lively, 897 F. Supp. 955, 959-60 (S.D. Tex. 1995).

**SO ORDERED**, this 15th day of March, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)